IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUGO LUA, P-48040, | ) | |
| Plaintiff(s), | ) | No. C 12-1793 CRB (PR) |
| v. | ) | ORDER |
| NANCY ADAMS, M.D., | ) | |
| Defendant(s). | ) | |

Defendant has filed a notice of appearance and acknowledgment of receipt and service of the summons and operative amended complaint.

In order to expedite these proceedings, defendant shall file a motion for summary judgment or other dispositive motion by no later than March 31, 2013.

The clerk is instructed to terminate the review of amended complaint deadline as moot and to change the dispositive motion deadline from October 11, 2012 to March 31, 2013.

SO ORDERED.

DATED: Jan. 3, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Lua, H.12-1793.or3.wpd