IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO LUA, P-48040, ) | |
|         Plaintiff(s), ) | No. C 12-1793 CRB (PR) |
| v.  ) | ORDER |
| NANCY ADAM, M.D., ) | |
|         Defendant(s). ) | |

      On March 28, 2013, defendant filed a motion for summary judgment and served a copy on plaintiff, a pro se prisoner incarcerated at Pelican Bay State Prison (PBSP).

      On April 15, 2013, the court denied the motion without prejudice on the ground that it was not accompanied by a Rand notice of what is required of plaintiff in order to oppose the motion. But it turns out that per separate filing on March 28, 2013, defendant provided plaintiff with adequate notice of what is required of him in order to oppose the motion.

      Defendant's motion for summary judgment is reinstated as filed and pending as of March 28, 2013. Plaintiff shall file an opposition, or notice of non-opposition, to the motion by no later than May 24, 2013, and defendant shall file a reply to any opposition within 14 days thereafter.

SO ORDERED.

DATED:   April 16, 2013

                                               CHARLES R. BREYER
                                               United States District Judge

G:\PRO-SE\CRB\CR.12\Lua, H.12-1793.or6.wpd